UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN THE MATTER OF:  
ROGER M JONES  
, Debtor(s)  
_____/

CHAPTER 13  
CASE NO: 19-51833  
JUDGE: ☒ THOMAS J TUCKER

### STIPULATION ADJOURNING SECTION 341 MEETING OF CREDITORS AND CONFIRMATION HEARING

The Debtor(s) made a request of the Trustee for adjournment of the originally scheduled Section 341 Meeting of Creditors. The granting of such request necessitates the need for adjournment of the originally scheduled Confirmation Hearing.

The Chapter 13 Trustee, having reviewed same and agreeing that the request for such an adjournment is reasonable, the parties hereby agrees to the following adjournment dates:

*NEW 341 DATE:* **January 7, 2019 TIME: 9:00 AM**

*NEW CONFIRMATION DATE:* **February 27, 2020 TIME: 11:00 AM**

**IT IS FURTHER STIPULATED** that in the event that the hearing for adjourned Section 341 First Meeting of Creditors is not held, the Trustee may submit an Order of Dismissal to the bankruptcy court and the proceedings may be dismissed without further notice or hearing.

**IT IS FURTHER STIPULATED** that the deadline for the Chapter 13 Trustee to file objections to confirmation of the Plan and/or any amended Plan is extended to twenty-one (21) days from the conclusion of the Meeting of Creditors.

**IT IS FURTHER STIPULATED** that in the event the Debtor fails to remit 100% of all required Plan payments pursuant to the Trustee's records by <<_02/13/2020___>>, the proceedings may thereafter be dismissed without further hearing or notice.

**IT IS FURTHER STIPULATED** that the **Debtor** shall immediately provide notice of the entry of this Order to all Creditors.

/s/ *Tammy L. Terry*  
/S/ TAMMY L. TERRY (P46254)  
Chapter 13 Standing Trustee  
2100 Buhl Building  
535 Griswold  
Detroit Michigan 48226  
(313) 967-9857

/s/ _____ P69849
Debtor  
Roger M Jones  
20833 Northwestern #224  
Farmington Hills MI 48334  
248-626-3727

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN THE MATTER OF:  
ROGER M JONES  
, Debtor(s)  
_____/

CHAPTER 13  
CASE NO: 19-51833  
JUDGE: ☒ THOMAS J TUCKER

### ORDER ADJOURNING SECTION 341
### MEETING OF CREDITORS AND CONFIRMATION HEARING

The Debtor(s) made a request of the Trustee for adjournment of the originally scheduled Section 341 Meeting of Creditors. The granting of such request necessitates the need for adjournment of the originally scheduled Confirmation Hearing.

The Chapter 13 Trustee, having reviewed same and agreeing that the request for such an adjournment is reasonable, this Court hereby grants this request for adjournment by the following adjournment dates:

*NEW 341 DATE:*     January 7, 2019 TIME: 9:00 AM

*NEW CONFIRMATION DATE:*     February 27, 2020 TIME: 11:00 AM

**IT IS FURTHER ORDERED** that in the event that the hearing for adjourned Section 341 First Meeting of Creditors is not held, the Trustee may submit an Order of Dismissal to the bankruptcy court and the proceedings may be dismissed without further notice or hearing.

**IT IS FURTHER ORDERED** that the deadline for the Chapter 13 Trustee to file objections to confirmation of the Plan and/or any amended Plan is extended to twenty-one (21) days from the conclusion of the Meeting of Creditors.

**IT IS FURTHER ORDERED** that in the event the Debtor fails to remit 100% of all required Plan payments pursuant to the Trustee's records by <<02/13/2020>>, the proceedings may thereafter be dismissed without further hearing or notice.

**IT IS FURTHER ORDERED** that the **Debtor** shall immediately provide notice of the entry of this Order to all Creditors.

EXHIBIT A